UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DUANE MCKINNEY
1035 10TH ST N.E UNIT 1
WASHINGTON DC, 20002
PLAINTIFF,

Case: 1:07-cv-01677
Assigned To : Walton, Reggie B.
Assign. Date : 09/21/2007
Description: CIVIL RIGHTS-NON. EMPLOY

v.

LOAN SERVICES LLC.
1620 L ST N.W #900
WASHINGTON DC, 20036

DISTRICT OF COLUMBIA
ASSISTANT ATTORNEY GENERAL
441 4TH ST NW
WASHINGTON DC 20001

INTERNAL REVENUE SERVICES
941 NORTH CAPITOL ST N.E 4FL
WASHINGTON DC, 20002

## COMPLAINT
## FOR THE RIGHT OF REDEMPTION AND ORDER
## OF DAMAGES OF $3,500,000.00

COMES NOW, DUANE MCKINNEY IN PROPER PERSON IN THE DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT FOR A JUDGMENT OF $3,500,000.00 AND THE RIGHTS WHICH I BEEN DENIED FOR TWO AND A HALF YEARS.

1. THIS PROPERTY WAS GRANTED TO THE BROTHERHOOD OF MEN INC. EXIBIT 1 AND IN TURN THE TAXES WAS PAID OFF LATE.

RECEIVED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.THE PROPERTY WENT TO TAX SALE.SO THE PROPERTY WAS GRANTED TO DUANE MCKINNEYEXIBIT 2.I RECEIVED NOTATION FROM RICHARD WISE THAT WE OWE HIM $300 AND PLUS EXIBIT 3.I REQUESTED A PAY OFF HE DENIED ME THAT PAY OFF.WHICH HE IS HELD BY RULE TO GIVE IT.

3.I CONTACTED THE IRS TO REDEEM MY PROPERTY.MRS ALMA PHILLIPS REQUESTED ME TO PAY OFF THE LEGAL FEES AND SHE WOULD GRANT MY REDEMPTION.I TOLD HER ABOUT MY SITUATION WITH THE ATTORNEY. SHE SAID SHE WOULD MAKE THE CALL TO ORDER HIM TO GIVE IT OR SHE WILL GRANT MY REDEMPTION WITHOUT HIS FEES.LATER THAT DAY MR JOSEPH FERGUSON JR ASSISTANT ATTORNEY GENRAL. E MAIL MRS ALMA PHILLIPS. REQUESTING HER TO STOP ON ANY REDEMPTION PROCEDURES WITH THE BROTHERHOOD OF MEN INC OR DUANE MCKINNEY.I FOUND OUT ABOUT THIS THREE DAYS LATER. I WAS REALLY UPSET I EXPRESS MY DISAPROVAL FOR MY RIGHTS ARE BEING VIOLATED. SHE SAID SHE WILL TALK TO HER SUPERVISOR.

4.MRS ALMA PHILIPPS TALKED WITH THE SUPERVISOR, AND SHE SAID SHE MUST TALK WITH MR JOSEPH FERGUSON BECAUSE HE NEED TO GET A COURT ORDER.

5.MRS ALMA PHILLIP CALL ME AND SAID HER HAND IS TIED.ATTORNEY GENERAL DAVID FISHER REQUESTED THE SAME.SHE SAID SHE WAS ADVISED BY HER CO-WORKERS THAT THIS IS AGAINST ALL THEIR RULES.

6.MR WISE HAVE CREATED THE START OF FRAUD ALLEGATION. HE HAVE DEFAME MY NAME AND JUDGE JOAN ZELDON AND MR RICHARD G. WISE STARTED THIS DEFAMATION.

7. MR.WISE IS HELD BY THE RULES OF THE COURT.AND HE HAVE VIOLATED THEM TO THE FULLEST.

8.MR JOSPEH FERGUSON IS HELD BY THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

9.MR DAVID FISHER IS HELD BY THE THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

10.MRS ALMA PHILLIP IS HELD BY INTERNAL REVENUE SERVICES RULES AND SHE HAVE VIOLATED THEM.

BECAUSE OF THESE VIOLATIONS I HAVE BEEN DENIED MY RIGHTS OF REDEMPTION.I RESPECTFULLY REQUEST THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED AND GRANT ME MY DAMAGES I SO DESERVE OF $3,500.000.00.

_____
DUANE MCKINNEY

_____
DUANE MCKINNEY
1035 10TH ST NE UNIT 1
WASHINGTON DC, 20002
202-398-2859

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1677
RBW

## I (a) PLAINTIFFS
Duane McKinney

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE  (NP)

## DEFENDANTS
Loan Services, LLC, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Case: 1:07-cv-01677
Assigned To : Walton, Reggie B.
Assign. Date : 09/21/2007
Description: CIVIL RIGHTS-NON. EMPLOY

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
- ☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus* 2255 ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ J. *Student Loan* ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)* ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☒ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ N. *Three-Judge Court* ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐
DEMAND $ 3.5 million
Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 9/21/07
SIGNATURE OF ATTORNEY OF RECORD
NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Doc# 2004147625

# THIS DEED

*Made this 20th day of October in the year 2004 by and between*

*Part (y) of the first part:* LILLIAN ARCHER

*Part (y) of the second part:* THE BROTHERHOOD OF MEN INC.

*WITNESSETH, that in consideration of 10.00 Dollars that part (y) of the first part does hereby grant unto the part (y) in fee simple, as Sole Owner all piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situated in the District of Columbia, described as follow:*

(LEGAL DESCRIPTION)

LOT NUMBERED THIRTY-SEVEN (37), THIRTY-EIGHT (38), FORTY-SIX (46), FORTY-SEVEN (47), FORTY-EIGHT (48), FORTY-NINE (49) AND FIFTY (50), IN SQUARE NUMBERED (5663).

*AND the said part (y) of the first part covenants that will warrant specially the property hereby conveyed; and that will execute such further assurances of said land as may be requisite.*
*WITNESS hand and seal they day and year hereinbefore written,*

__Harold Jones__     __Lillian Archer__ (SEAL)
Witness                   Grantor: Lillian Archer

_____     _____(SEAL)
Witness                   Grantor:

*DISTRICT OF COLUMBIA)*

I, __Joe W. Siler Sr.__ a Notary Public in the State of (__Maryland__), do hereby certify that Part ( ) to a certain deed bearing date on the __21__ day of __Oct.__ __2004__, And hereto annexed, personally appeared before me in said State, the said being personally well-known to me as the person who executed the said deed and acknowledged the same to be his/her act and deed.

__Joe W. Siler Sr.__
NOTARY PUBLIC

Return To: The Brotherhood of Men Inc
          266 Harry S. Truman Drive
          Largo MD 20774

*My Commission Expires:*
9-1-05

EXHIBIT 1#




# THIS DEED

Made this 24th day of February in the year 2005 by and between

Part (y) of the first part: THE BROTHERHOOD OF MEN INC.
Part (y) of the second part: DUANE MCKINNEY.

WITNESSESTH, that in consideration of $10.00 Dollars that part (y) of the first part does hereby rant unto the part (y) in the simple, as Sole Owner all piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situated in the DISTRICT OF COLUMBIA described as follow:
in SUBJECT TO ALL convenants and restriction of record.

Square numbered Fifty-Six Sixty-Three(5663),. as per platrecorded in the Office of the Surveyor for the District of Columbia in Liber     at Folio

Said property being now known for assessment and taxation purposes as Lot numbered Forty-Six (46), Forty-Seven (47), Forty-Eight (48), Forty-Nine (49), Fifty (50), Thirty-Seven (37) and Thirty-Eight (38) in Square numbered Fifty-Six Sixty-Three (5663).

*AND the said part (ies) of the first part conventants that will warrant specially the property hereby conveyed; and that will execute such further assurances of said land s may be requiste. WITNESS hand and seal the day and year hereinbefore written,*

Witness: _____     Grantor: _____

DISTRICT OF COLUMBIA

I, _____ a Notary Public, do hereby certify that Part () to a certain deed bearing date on the 24 date of February 2005, And hereto annexed, personally appeled before me in said District, the said being personally well-known to me as the person who executed the said deed and acknowledged the same to be his/her act and deed.

CERTIFICATION      $    2.25
COPIES             $    2.25

Edward Warren Harris
Notary Public
My Commission Expires:

Return to: DUANE MCKINNEY
266 Harry S Truman Drive
Largo, Maryland 20774

MY COMMISSION EXPIRES APRIL 14, 2008

Exhibit 2#

Doc# 2007009670  Fees:$4809.62
01/22/2007   1:32PM Pages 1
Filed & Recorded in Official Records of
WASH DC RECORDER OF DEEDS LARRY TODD



RECORDING           $    20.00
SURCHARGE           $     6.50
RECORDATION TAX FEE $ 2,389.31
TRANSFER TAX FEE    $ 2,389.31

*Sylvia Delleway* (signature)

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY

*(signature)*

Recorder of Deeds, D.C.

JAN 2 2 2007