**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Loan Services LLC
1620 L. St., NW #900
Washington, D.C. 20036

Civil Action, File Number __CA-07-1677 RBW__

__Duane McKinney__

V.

__Loan Services LLC, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If _____ authorized to receive process, you must indicate under your signature your authority.

_[overlaid: handwritten "07-1677  10-3-07"]_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Loan Services LLC
1620 L Street, NW, #900
Washington, DC 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paul H. Short_  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 10/4/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0003 7140 4057

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_[right side, partially obscured text:]_
days, you (or the party on whose behalf you ... plaint in any other manner permitted by law. ... behalf you are being served) must answer the ... by default will be taken against you for the ...

of Summons and Complaint By Mail was ...

(MS Official)

COMPLAINT
complaint in the above captioned manner at
_____ and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense