**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
D.C. Assistant Attorney General
441 4th St., NW
Washington, D.C. 20001

Civil Action, File Number __CA-07-1677 RBW__

__Duane McKinney__
V.
__Loan Services LLC, etal__

[The Notice and Acknowledgment] pursuant to the Federal Rules of Civil Procedure.

[Complete the] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [the time allowed to respond]. Keep copy 3 for your records.

[Sign this ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [unincorporated association, or ot]her entity, you must indicate under your signature your relationship to that entity. If [you are served on behalf of another person and you are au]thorized to receive process, you must indicate under your signature your authority.

[If you do not complete and return the copy] of this form to the sender within ___ days, you (or the party on whose behalf you [are being served]) [will be required to pay any expenses in]curred in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return] this form, you (or the party on whose behalf you are being served) must answer the [complaint within _ days of the date on which it w]ere sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare under penalty of perjury that this No]tice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on this date.]

_____
Signature *(USMS Official)*

[PROOF] OF RECEIPT OF SUMMONS AND COMPLAINT

[I declare, under penalty of perjury, that I receive]d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**Return Receipt Card:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
D.C. Assistant Attorney General
441 4th Street NW
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Morgan Harris — ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Morgan Harris
C. Date of Delivery: 10-04-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label):
7004 2510 0003 7140 4040

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

BB 10-2-07
07-1677

[USMS District Suspense]