LAW OFFICES
# GREENSTEIN DeLORME & LUCHS, P. C.

WILLIAM H. HARRIS, JR.
RICHARD G. WISE
ABRAHAM J. GREENSTEIN
GILBERT E. DeLORME
VINCENT MARK J. POLICY
RICHARD W. LUCHS
JUDITH R. GOLDMAN
JACQUES B. DePUY
JEFFREY H. GELMAN
ALAN S. WEITZ
WILLIAM C. CASANO
JOHN PATRICK BROWN, JR.
LEWIS F. MORSE
ROGER D. LUCHS
JAMES D. SADOWSKI
DONALD F. HOLMES, JR.

1620 L STREET, N.W., SUITE 900

WASHINGTON, D.C. 20036-5605

TELEPHONE (202) 452-1400
FACSIMILE (202) 452-1410
www.gdllaw.com

ANITRA ANDROH-POWELL
ABRIELLE B. ANDERSON
STEPHANIE A. BALDWIN
RACHEL K. BLACKBURN*
LYLE M. BLANCHARD
GREGORY T. DuMONT
ALFRED M. GOLDBERG
JOSHUA M. GREENBERG
JARED S. GREENSTEIN
MONIC Y. HALSEY
DAVID J. WALKER
MACKENZIE H. YATES**

*ADMITTED IN FL ONLY
**ADMITTED IN VA ONLY

RGW@GDLLAW.COM

October 8, 2007

United States Marshals Service
U.S. Department of Justice
United States Courthouse
3rd Street and Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  Duane McKinney v. Loan Services LLC et al., CA-07-1677 RBW

Ladies and Gentlemen:

The enclosed papers were received by this law firm from your office in connection with the above-mentioned newly filed case.

The address for this law firm is 1620 L Street, N.W., Suite 900, Washington, D.C., which is the address used in the papers for defendant Loan Services LLC. However, this is not the address of Loan Services LLC. In addition, no one with this firm is registered agent for Loan Services LLC. Further, this firm has not been retained as counsel for Loan Services LLC in this law suit.

For these reasons, we are returning the papers to you and we respectfully suggest that the papers be redirected to the registered agent of Loan Services LLC or to Loan Services LLC at its address.

Please let us know should you have any questions.

323325v1

GREENSTEIN DELORME & LUCHS, P.C.

United States Marshals Service
October 8, 2007
Page 2

Thank you very much.

                                    Sincerely yours,

                                    Richard G. Wise

RGW:
Enclosures

Cc: Mr. Duane McKinney (w/o encls)
     1035 10th St., N.E. Unit 1
     Washington, D.C. 20002

323325v1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

DUANE MCKINNEY

v.   CASE NUMBER: 07-1677 RBW

LOAN SERVICES LLC, ET AL

WITHOUT PREPAYMENT
OF COSTS

TO: (Name & Address of Defendant)

LOAN SERVICES LLC
1620 L STREET, N.W.
#900
WASHINGTON, D.C. 20036

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

DUANE MCKINNEY
1035 10th STREET, N.E.
UNIT# 1
WASHINGTON, D.C. 20002

an answer to the __COMPLAINT__ which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the __COMPLAINT__. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
2007 OCT -2 P 3:35

NANCY MAYER-WHITTINGTON, Clerk

By: _____     Date: October 2, 2007
    Deputy Clerk

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

DUANE MCKINNEY

VS.

Case No.  07-1677 RBW

LOAN SERVICES LLC, ET AL

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: |
| NAME OF SERVER (print) | TITLE |
| Check one box below to indicate appropriate method of service | |
| ☐ Served personally upon the defendant. Place where served: _____ | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: _____ | |
| ☐ Returned unexecuted: _____ | |
| ☐ Other (specify): _____ | |
| STATEMENT OF SERVICE FEES | |
| TRAVEL      SERVICES | TOTAL |
| DECLARATION OF SERVER | |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____<br>         Date         Signature of Server<br><br>         Address of Server | |

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



**FILED**

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DUANE MCKINNEY
1035 10TH ST N.E UNIT 1
WASHINGTON DC, 20002
   PLAINTIFF,

Case: 1:07-cv-01677
Assigned To : Walton, Reggie B.
Assign. Date : 09/21/2007
Description: CIVIL RIGHTS-NON. EMPLOY

v.

LOAN SERVICES LLC.
1620 L ST N.W #900
WASHINGTON DC, 20036

DISTRICT OF COLUMBIA
ASSISTANT ATTORNEY GENERAL
441 4TH ST NW
WASHINGTON DC 20001

INTERNAL REVENUE SERVICES
941 NORTH CAPITOL ST N.E 4FL
WASHINGTON DC, 20002

## COMPLAINT
## FOR THE RIGHT OF REDEMPTION AND ORDER
## OF DAMAGES OF $3,500,000.00

   COMES NOW, DUANE MCKINNEY IN PROPER PERSON IN THE DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT FOR A JUDGMENT OF $3,500,000.00 AND THE RIGHTS WHICH I BEEN DENIED FOR TWO AND A HALF YEARS.

   1. THIS PROPERTY WAS GRANTED TO THE BROTHERHOOD OF MEN INC. EXIBIT 1 AND IN TURN THE TAXES WAS PAID OFF LATE.

**RECEIVED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



2.THE PROPERTY WENT TO TAX SALE.SO THE PROPERTY WAS GRANTED TO DUANE MCKINNEYEXIBIT 2.I RECEIVED NOTATION FROM RICHARD WISE THAT WE OWE HIM $300 AND PLUS EXIBIT 3.I REQUESTED A PAY OFF HE DENIED ME THAT PAY OFF.WHICH HE IS HELD BY RULE TO GIVE IT.

3.I CONTACTED THE IRS TO REDEEM MY PROPERTY.MRS ALMA PHILLIPS REQUESTED ME TO PAY OFF THE LEGAL FEES AND SHE WOULD GRANT MY REDEMPTION.I TOLD HER ABOUT MY SITUATION WITH THE ATTORNEY. SHE SAID SHE WOULD MAKE THE CALL TO ORDER HIM TO GIVE IT OR SHE WILL GRANT MY REDEMPTION WITHOUT HIS FEES.LATER THAT DAY MR JOSEPH FERGUSON JR ASSISTANT ATTORNEY GENRAL. E MAIL MRS ALMA PHILLIPS. REQUESTING HER TO STOP ON ANY REDEMPTION PROCEDURES WITH THE BROTHERHOOD OF MEN INC OR DUANE MCKINNEY.I FOUND OUT ABOUT THIS THREE DAYS LATER. I WAS REALLY UPSET I EXPRESS MY DISAPROVAL FOR MY RIGHTS ARE BEING VIOLATED. SHE SAID SHE WILL TALK TO HER SUPERVISOR.

4.MRS ALMA PHILIPPS TALKED WITH THE SUPERVISOR, AND SHE SAID SHE MUST TALK WITH MR JOSEPH FERGUSON BECAUSE HE NEED TO GET A COURT ORDER.

5.MRS ALMA PHILLIP CALL ME AND SAID HER HAND IS TIED.ATTORNEY GENERAL DAVID FISHER REQUESTED THE SAME.SHE SAID SHE WAS ADVISED BY HER CO-WORKERS THAT THIS IS AGAINST ALL THEIR RULES.

6.MR WISE HAVE CREATED THE START OF FRAUD ALLEGATION. HE HAVE DEFAME MY NAME AND JUDGE JOAN ZELDON AND MR RICHARD G. WISE STARTED THIS DEFAMATION.

7. MR.WISE IS HELD BY THE RULES OF THE COURT.AND HE HAVE VIOLATED THEM TO THE FULLEST.

8.MR JOSPEH FERGUSON IS HELD BY THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

9.MR DAVID FISHER IS HELD BY THE THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

10.MRS ALMA PHILLIP IS HELD BY INTERNAL REVENUE SERVICES RULES AND SHE HAVE VIOLATED THEM.

BECAUSE OF THESE VIOLATIONS I HAVE BEEN DENIED MY RIGHTS OF REDEMPTION.I RESPECTFULLY REQUEST THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED AND GRANT ME MY DAMAGES I SO DESERVE OF $3,500.000.00.

_[signature]_
DUANE MCKINNEY

_[signature]_
DUANE MCKINNEY
1035 10TH ST NE UNIT 1
WASHINGTON DC, 20002
202-398-2859

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is <u>mandatory</u>.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name    _____  ____  _____

Last four digits of Social Security Number  _____

DC Bar ID#:  _____

Firm Name    _____

Firm Address _____
              _____
              _____

Voice Phone Number    _____

FAX Phone Number      _____

Internet E-Mail Address  _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

3.  An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

   If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

4.  Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5.  Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:    U.S. District Court for the District of Columbia
                                Attn:  Attorney Admissions
                                333 Constitution Avenue NW, Room 1825
                                Washington, DC  20001

Or FAX to:                      Peggy Trainum
                                U.S. District Court for the District of Columbia
                                (202) 354-3023


Applicant's Signature    _____


_____    _____    _____
Full Last Name            Initial of   Last 4 Digits SS#
                          First Name