# UNITED STATE COURT OF THE DISTRICT OF COLUMBIA

LET THIS BE FILED

*Reggie B. Walton*
12/10/07

DUANE MCKINNEY
1035 10TH ST N.E UNIT 1
WASHINGTON DC, 20002
  PLAINTIFF,

v.

LOAN SERVICES LLC.
1620 L ST N.W #900
WASHINGTON DC, 20036

DISTRICT OF COLUMBIA
ASSISTANT ATTORNEY GENERAL
441 4TH ST NW
WASHINGTON DC 20001

INTERNAL REVENUE SERVICES
941 NORTH CAPITOL ST N.E 4FL
WASHINGTON DC, 20002

Richard G. WISE
1620 L STREET N.W SUITE 900
WASHINGTON D.C, 20002

CIVIL ACTION
1:07-CV-01677
(RBW)

## (AMEND) COMPLAINT
## FOR THE RIGHT OF REDEMPTION AND ORDER OF DAMAGES OF $3,500,000.00

COMES NOW, DUANE MCKINNEY IN PROPER PERSON IN THE DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT

RECEIVED
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR A JUDGMENT OF $3,500,000.00 AND THE RIGHTS WHICH I BEEN DENIED FOR TWO AND A HALF YEARS.

1. THIS PROPERTY WAS GRANTED TO THE BROTHERHOOD OF MEN INC. EXIBIT 1 AND IN TURN THE TAXES WAS PAID OFF LATE.

2. THE PROPERTY WENT TO TAX SALE. SO THE PROPERTY WAS GRANTED TO DUANE MCKINNEY EXIBIT 2. I RECEIVED NOTATION FROM RICHARD WISE THAT WE OWE HIM $300 AND PLUS EXIBIT 3. I REQUESTED A PAY OFF HE DENIED ME THAT PAY OFF. WHICH HE IS HELD BY RULE TO GIVE IT.

3. I CONTACTED THE IRS TO REDEEM MY PROPERTY. MRS ALMA PHILLIPS REQUESTED ME TO PAY OFF THE LEGAL FEES AND SHE WOULD GRANT MY REDEMPTION. I TOLD HER ABOUT MY SITUATION WITH THE ATTORNEY. SHE SAID SHE WOULD MAKE THE CALL TO ORDER HIM TO GIVE IT OR SHE WILL GRANT MY REDEMPTION WITHOUT HIS FEES. LATER THAT DAY MR JOSEPH FERGUSON JR ASSISTANT ATTORNEY GENRAL. E MAIL MRS ALMA PHILLIPS. REQUESTING HER TO STOP ON ANY REDEMPTION PROCEDURES WITH THE BROTHERHOOD OF MEN INC OR DUANE MCKINNEY. I FOUND OUT ABOUT THIS THREE DAYS LATER. I WAS REALLY UPSET I EXPRESS MY DISAPROVAL FOR MY RIGHTS ARE BEING VIOLATED. SHE SAID SHE WILL TALK TO HER SUPERVISOR.

4. MRS ALMA PHILIPPS TALKED WITH THE SUPERVISOR, AND SHE SAID SHE MUST TALK WITH MR JOSEPH FERGUSON BECAUSE HE NEED TO GET A COURT ORDER.

5. MRS ALMA PHILLIP CALL ME AND SAID HER HAND IS TIED. ATTORNEY GENERAL DAVID FISHER REQUESTED THE SAME. SHE SAID SHE WAS ADVISED BY HER CO-WORKERS THAT THIS IS AGAINST ALL THEIR RULES.

6. MR WISE HAVE CREATED THE START OF FRAUD ALLEGATION. HE HAVE DEFAME MY NAME AND JUDGE JOAN ZELDON AND MR RICHARD G. WISE STARTED THIS DEFAMATION.

7. MR. WISE IS HELD BY THE RULES OF THE COURT. AND HE HAVE VIOLATED THEM TO THE FULLEST. WAS PART OF A FALSE WITNESS SHOWING UP IN COURT TO TESTIFY.

8. MR JOSPEH FERGUSON IS HELD BY THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

9. MR DAVID FISHER IS HELD BY THE THE RULES OF THE COURT AND HE HAVE VIOLATED THEM.

10. MRS ALMA PHILLIP IS HELD BY INTERNAL REVENUE SERVICES RULES AND SHE HAVE VIOLATED THEM.

BECAUSE OF THESE VIOLATIONS I HAVE BEEN DENIED MY RIGHTS OF REDEMPTION. I RESPECTFULLY REQUEST THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED AND GRANT ME MY DAMAGES I SO DESERVE OF $3,500.000.00.

DUANE MCKINNEY

DUANE MCKINNEY
1035 10TH ST NE UNIT 1
WASHINGTON DC, 20002
202-398-2859