**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **DUANE MCKINNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-1677 (RBW)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LOAN SERVICES, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____)

**DEFENDANT DISTRICT OF COLUMBIA'S NOTICE TO THE COURT**

Defendant District of Columbia, by and through its undersigned counsel and pursuant to the Court's request at the August 18, 2008 Status Conference, provides the following Notice to the Court:

1.        Plaintiff's Amended Complaint alleges that he telephoned the Internal Revenue Service and spoke to a Ms. Alma Phillips regarding a request for redemption regarding certain real property in the District of Columbia.  Plaintiff further alleges that District of Columbia Assistant Attorneys General Joseph Ferguson, Jr. and David Fisher refused to permit Ms. Phillips to grant any redemption in favor of Plaintiff or his corporation, the Brotherhood of Men.  This purported action/inaction by Ms. Phillips, Mr. Ferguson, and Mr. Fisher serves as the basis for Plaintiff's claim against the District of Columbia, Loan Services, LLC, the Internal Revenue Service, and Richard G. Wise.

2.        As the Court observed at the August 18, 2008 Status Conference, Plaintiff's assertion of federal jurisdiction is based upon the purported involvement of the Internal Revenue Service through its employee, Ms. Phillips.  In fact, undersigned counsel has confirmed that Alma Phillips is actually an accounting technician with the

District of Columbia's Office of Tax and Revenue ("OTR"). As demonstrated by the attached Declaration, Ms. Phillips has been employed with OTR from August, 1998 until November, 2006. *See* Ex. 1 (Phillips Decl.). In November, 2006, Ms. Phillips left the District government to care for a sick family member. *Id.* Ms. Phillips rejoined the District government in February, 2008 and remains employed at OTR today. *Id.* From November, 2006 until February, 2008, Ms. Phillips was not employed. *Id.* Additionally, Ms. Phillips has never been employed by the Internal Revenue Service. *Id.* Accordingly, it appears that this Court lacks jurisdiction over this matter as Plaintiff has failed to present a federal question.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Samuel C. Kaplan by GCV
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

    /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of August, 2008, I served a copy of the foregoing Notice to counsel of record via the Court's electronic filing system, and by first-class mail, postage prepaid, to the *pro se* Plaintiff at the following address:

Duane McKinney
Reg. 39173-007
1901 D Street, SE
Washington, DC 20003


    Shana L. Frost
Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DUANE MCKINNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-1677 (RBW)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LOAN SERVICES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DECLARATION OF ALMA PHILLIPS

I, Alma Phillips, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed as an accounting technician with the District of Columbia Office of Tax and Revenue ("OTR"). I originally was employed by the OTR from August, 1998 through November, 2006. In November, 2006, I left government employment to care for a sick family member. I rejoined the OTR in February, 2008.

3. From the time I left OTR in November, 2006, until I returned in February, 2008, I was not employed.

4. I have never been employed by the Internal Revenue Service.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct. Executed on this _18_ day of August, 2008.

Alma Phillips
District of Columbia
Office of Tax and Revenue