UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE MCKINNEY,

    Plaintiff,

    v.

LOAN SERVICES LLC et al.,

    Defendants.

Civil Action No. 1:07-CV-01677
Judge Reggie Walton

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Duane McKinney, pro se, and defendants Loan Services LLC, by its Managing Member, and the District of Columbia, the United States of America and Richard G. Wise, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs.

LOAN SERVICES LLC

_____
Duane McKinney, Plaintiff
1901 D Street, S.E. (DCDC 280-149)
Washington, D.C. 20003

By: _____
Carlos Saenz, Managing Member
12154 Darnestown Rd. #526
Gaithersburg, MD 20878
Tel: (301) 519-6895
Facsimile: (301) 519-8272
Email: villa411@gmail.com

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N.W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400

343685v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY, <br><br> Plaintiff, <br><br> v. <br><br> LOAN SERVICES LLC et al., <br><br> Defendants. | Civil Action No. 1:07-CV-01677 <br> Judge Reggie Walton |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Duane McKinney, pro se, and defendants Loan Services LLC, by its Managing Member, and the District of Columbia, the United States of America and Richard G. Wise, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs.

 

Duane McKinney, Plaintiff
1901 D Street, S.E. (DCDC 280-149)
Washington, D.C. 20003

LOAN SERVICES LLC

By: _____
Carlos Saenz, Managing Member
12154 Darnestown Rd. #526
Gaithersburg, MD 20878
Tel: (301) 519-6895
Facsimile: (301) 519-8272
Email: villa411@gmail.com

343685v1

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*Samuel C. Kaplan by RGW*
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

*Shana L. Frost by RGW*
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Tel: (202) 724-6534
Facsimile: (202) 727-3625
Email: shana.frost@dc.gov

Counsel for Defendant District of Columbia

Dated: August 20, 2008

DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 514-9961
Facsimile: (202) 514-6866
Email: duston.barton@usdoj.gov

Counsel for the Internal Revenue Service

GREENSTEIN DELORME & LUCHS, PC

*Richard Wise*
Richard W. Luchs #243931
Richard G. Wise #134957
1620 L Street, N.W., Suite 900
Washington, District Of Columbia 20036-5605
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
Email: rwl@gdllaw.com

Attorneys for Defendant Richard G. Wise

APPROVED AND HEREBY ORDERED AS DISMISSED WITH PREJUDICE

_____        Dated: _____
Reggie Walton, United States District Judge

-2-

343685v1